CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 FEB 21  AM 10: 38

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. |
| | § | |
| LAWRENCE HART | § | 3-14CR-0079N |

## INFORMATION

The United States Attorney for the Northern District of Texas Charges:

### Count One
Tampering with a Witness
(Violation of 18 U.S.C. § 1512(b)(3))

On or about July 8, 2013, in the Dallas Division of the Northern District of Texas, **Lawrence Hart**, the defendant, did knowingly and corruptly persuade and attempt to corruptly persuade Person A, a witness in an federal investigation, with the intent to hinder, delay and prevent Person A from communicating to law enforcement officers with the Federal Bureau of Investigation information relating to the commission or possible commission of a federal offense.

In violation of 18 U.S.C. § 1512(b)(3).

<u>Count Two</u>
False Statement to the Department of Housing and Urban Development
(Violation of 18 U.S.C. § 1012)

On or about July 24, 2013, in the Dallas Division of the Northern District of Texas, **Lawrence Hart**, the defendant, did knowingly and with the intent to defraud make a material false statement to the Department of Housing and Urban Development, that is, that Person A was the sole occupant of Apartment 313, Arbors of Carrollton apartments, xxxx E. Trinity Mills, Carrollton, Texas.

In violation of 18 U.S.C. § 1012.

<u>Count Three</u>
Deprivation of Rights Under Color of Law
(Violation of 18 U.S.C. § 242)

On or about January 31, 2013, in the Dallas Division of the Northern District of Texas, **Lawrence Hart**, the defendant, while acting under color of law, removed Person B from her HUD-subsidized apartment because she would not engage in sexual activity with him, thereby he willfully deprived her of the right, secured and protected by the Constitution and laws of the United States, to be free from discrimination in the terms, conditions, and privileges of rental of a dwelling because of her sex, as set out in 42 U.S.C. § 3604(b).

In violation of 18 U.S.C. § 242.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8812
Email: Errin.Martin@usdoj.gov